# Court of Appeals
# of the State of Georgia

ATLANTA,   May 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1739.   ANGELA REDDISH, ET AL. v. US BANK NATIONAL ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Angela and David Reddish appealed the magistrate court's decision to superior court, which issued a writ of possession on March 29, 2012. The Reddishes filed a notice of appeal on April 11, 2012. We lack jurisdiction.

This appeal involves a de novo appeal of a magistrate court ruling. Thus, the Reddishes were required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Their failure to do so deprives us of jurisdiction, and this appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 05/23/2012
 *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
 *Witness my signature and the seal of said court* hereto affixed the day and year last above written.


, *Clerk.*